IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: **WILLIAM KEVIN ROBBINS**  CASE NO: 11-30214
CHAPTER 13

**MOTION TO APPROVE LOAN MODIFICATION AGREEMENT**

Now comes the Debtor **WILLIAM KEVIN ROBBINS** and request the court to approve the terms of the attached loan modification agreement.

1. The Debtor filed the case on January 31, 2011.
2. The subject mortgage/senior lien is paid directly by the Debtor.
3. The loan modification agreement does not pay-off the plan.
4. The current mortgage payment is $703.00 and the current interest rate is 6.875%. There are no arrears being paid by the Trustee.
5. The modification, effective June 1, 2014 changes the mortgage payment to $565.02. The new mortgage interest rate is estimated at 2.15%. There are no pre-petition arrears on the Debtors first mortgage.
6. Post-petition arrears on the senior lien, if any, have been placed to the back of the loan.
7. The new mortgage payment includes taxes and insurance.
8. There is a second mortgage on the property. However, by agreement of the Debtor and subject creditor, such is being treated as unsecured debt which practically creates a "strip-off" effect.
9. If the Chapter 13 Plan needs to be modified, then counsel for the Debtor will file the appropriate separate motion and/or documentation.
10. The subject loan modification agreement is attached hereto as exhibit "A".

Wherefore, premises considers, the Debtor respectfully requests the court to approve the attached Loan Modification Agreement and grant such further relief as the court may deem as proper.

/s/ William Kevin Robbins
William Kevin Robbins

/s/ Jeffrey J. Courtney
Jeffrey J. Courtney
Attorney for the Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day mailed a true and exact copy of the foregoing Notice to the parties listed below by Pacer electronic filing system and / or U.S. Mail on May 5, 2014.

**Hon. Curtis C. Reding**
**PO Box 173**
**Montgomery, Alabama 36104**

**All Creditors on Creditor Matrix**

/s/ Jeffrey J. Courtney
OF COUNSEL

**Bank of America** Home Loans


EXHIBIT A

Bank of America, N.A.
5401 N. Beach Street
Mail Stop: TX2-977-01-34
Fort Worth, TX 76137

April 16, 2014

Pinkston, & Courtney, Ll
1881 Holtville Road
Wetumpka, AL 36092

William Robbins
565 Mcdonald Dr
Wetumpka, AL 36092

**Loan Number: 150593805**

Dear William Robbins:

**Congratulations! You are approved for a trial modification.**

**To accept this Trial Period Plan offer, please make your first payment by June 1, 2014.**

Based on a careful review of the information you provided with your Borrower Response Package, we are pleased to inform you that **you are approved to start a Home Affordable Modification Program Trial Period Plan.** This is the next step toward qualifying for affordable mortgage payments.

Please read the information below so that you understand all the steps you need to take to permanently modify your mortgage through this program.

**How to accept this offer**

To accept this offer, you must make new monthly Trial Period Plan payments shown below in place of your normal monthly mortgage payment. Each payment must be made in the exact amount of your Trial Period Plan payment and in a timely manner.

**Send in your monthly Trial Period Plan payments as follows:**

| Trial Period Plan | | |
|---|---|---|
| • 1st payment: | $565.02 | by 06/01/2014 |
| • 2nd payment: | $565.02 | by 07/01/2014 |
| • 3rd payment: | $565.02 | by 08/01/2014 |
| • 4th payment: | $565.02 | by 09/01/2014 |
| • 5th payment: | $565.02 | by 10/01/2014 |

Payment coupons are included in this package if you wish to send your payment in the mail or you can also call us at 1.800.669.6650 and we will help you reach our payment processing department. The payment may be able to be deducted directly from your checking account, if applicable. (There are no fees to make your payment by phone during your trial period.)

Since you are required to make your ongoing monthly mortgage payment to a Chapter 13 Trustee, you should continue to forward your monthly payment to the Chapter 13 Trustee. This communication should not be construed as an attempt to collect a debt.

**What you need to know**

- It is important that you carefully review the enclosed *Frequently Asked Questions* and *Additional Trial Period Plan Information* and *Legal Notices*.

PKG 61/ C3_9419_2

- **Please also complete and return the enclosed Form 710A Home Affordable Modification Program Government Monitoring Data Form.**

- After you make all of your Trial Period Plan payments and if you continue to meet all of the eligibility requirements of your modification program, we will send you three copies of the modification agreement explaining your loan modification terms that must be signed, notarized (if required) and returned to us along with your first modified monthly payment. At that time, your modification will be officially permanent. (Your existing loan and loan requirements remain in effect and unchanged during the Trial Period Plan.) **We must receive each payment on time but no later than by the last day of the month in which it is due. If you miss a payment or do not comply with any of the other terms of your trial period, this offer will end and your loan will not be modified under this program.** If your last trial period payment is made in the last half of the month it is due, we may extend your Trial Period Plan by an extra month.

- If you have a scheduled foreclosure sale date and take the required steps to accept this offer, Bank of America will make every effort to postpone the sale. However, in some cases, the court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale or the investor on your loan may not halt the scheduled sale. **Do not ignore any foreclosure notices.**

**If you are represented by a bankruptcy attorney, please consult with him or her about how this modification will affect your mortgage and your bankruptcy case. If you are currently in a bankruptcy proceeding, any final modification of your mortgage may require Bankruptcy Court approval. Also, if you are in Chapter 13 bankruptcy, you may also be required to amend your bankruptcy plan. Your bankruptcy attorney can assist you with that process.**

### How we evaluated your request

In an effort to find the best available loan assistance program for which you are eligible, we evaluate your financial information against the list of assistance programs available to you in the order required by your investor. Once we determine that you qualify for a particular program, we offer it to you. Depending upon where the offered program is in that order, there may be other programs lower in the list that we are unable to offer you under investor requirements. We are required under applicable law to identify these programs for you. The attachment to this letter lists the program you are approved for (if any), those that you did not qualify for after we reviewed your information, and any programs in the order that we are unable to offer you.

### We are here to help

If you cannot afford the Trial Period Plan payments shown above but want to remain in your home, or if you have decided to leave your home, please call 1.800.669.6650 Monday - Friday 7 a.m. to 12 a.m. and Saturday 8 a.m. to 6 p.m. Eastern.

**We are glad you have been approved for a Trial Period Plan offer.**

Contoni Johnson
Home Loan Team
Bank of America, N.A.

Enclosures: (1) Frequently Asked Questions (2) Results of the Evaluation (3) Additional Trial Period Plan Information and Legal Notices (4) Home Affordable Modification Program Government Monitoring Data Form (5) Payment Coupons (6) Return Envelope

Notices of error, requests for information and qualified written requests (QWR, as defined in RESPA) must be sent to:

Bank of America
Attn: Notice of Error & Request for Information
P.O. Box 942019
Simi Valley, CA 93094-2019

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know about your potential eligibility for this program.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1.877.430.5434. If you are calling from outside the U.S. please contact us at 1.817.685.6491.

Mortgages funded and administered by an Equal Housing Lender.
Protect your personal information before recycling this document.

# Frequently Asked Questions

**Q. What else should I know about this offer?**
- **If you make your new payments on time each month, we will not conduct a foreclosure sale.**
- You will not be charged any fees for this Trial Period Plan or a permanent modification. However, third party fees such as attorney fees, recording fees, etc. may occur and you will be responsible for payment.
- If your loan is modified, we will waive all unpaid late charges.
- Entering into a Trial Period Plan for a loan modification or accepting a permanent loan modification can affect your credit. The actual effect will depend on a variety of factors. Visit www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm for more information about your credit and how to improve it.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**
The trial period offers you immediate payment relief. Making all of your payments in the exact amount specified during this trial period will demonstrate that you can afford the modified payments and that they work within your budget. Making a payment greater than your trial payments may indicate that you do not need assistance and can also prevent you from qualifying for a permanent modification. **Note:** This is only a temporary Trial Period Plan. Your existing loan requirements remain in effect and unchanged during the trial period and you will continue to receive monthly statements that will show the payment amount based on your original home loan agreement. However, please pay the new Trial Period Plan payment amount instead of your original payment amount or you may not qualify for a permanent modification.

**Q. How was my new payment in the trial period determined?**
Your Trial Period Plan payment is approximately 31% of your total gross monthly income, which we determined to be $1,870.93 based upon the income documentation you provided. If the loan is successfully modified, your new payment also will be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your loan today, we estimate your modified interest rate would be 2.125%. Your final modified interest rate may be different.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $306.87; this can either be paid in a lump sum when the loan is modified or over the next 60 months in an amount of $5.11 per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at 1.800.669.6650.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**
If you make all of your Trial Period Plan payments on time, return any additional documents that we may require, and your loan continues to meet the eligibility requirements set forth for the Home Affordable Modification Program, you may receive a Modification Agreement explaining the terms of the modified loan. Any difference between the amount of the trial period payments and your regular home loan payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**
If your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the Trial Period Plan payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for five years for a total of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first Trial Period Plan payment due date*, will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this five year period. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

In addition, once your loan is permanently modified, you may be eligible to have some of your principal forgiven on a deferred basis. So long as your modified loan remains in good standing, we will forgive a portion of the principal balance of your loan each year on the anniversary of your first trial period payment date for three years. You will lose this benefit if your modified loan loses good standing at any time during this three year period, including all accrued and unapplied amounts. Any principal forgiveness will be reported to the Internal Revenue Service and may have tax consequences. Therefore, you are advised to seek guidance from a tax professional. Please contact us at 1.800.669.6650 if you do not want principal forgiveness, as we may have other modification options for you.

Q. **Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

If your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your loan <u>unless</u> your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year, fixed-rate conforming mortgages). Once your interest rate reaches the cap it will be fixed for the remaining life of your loan. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

Q. **How will you achieve an affordable payment?**

There are several different ways we may modify the terms of your loan to reach an affordable payment. The specific terms of your modification will be set forth in your Modification Agreement, but the modifications to your existing loan may include one or more of the following to achieve a modified payment equal to 31% of your gross monthly income.

- Your loan may be brought current by capitalizing past due amounts. This means we may add past due interest, servicing expenses paid to third parties (and taxes and insurance which may have been paid on your behalf) to your principal. Unpaid late fees will be waived at the time of modification.
- Your interest rate may be reduced to as low as 2%, if necessary, to achieve a payment that you can afford. Each borrower's interest rate will only be reduced to a point sufficient to reach a modified payment equal to 31% of the borrower's gross monthly income. Not all borrowers will need a rate reduction to 2% to achieve a monthly mortgage payment that is affordable.
- Your loan payments may be recalculated over a longer period even though the maturity date will not change. This will help lower your monthly payments, but it will result in your having a lump sum payment, known as a balloon payment, which will continue to accrue interest until you pay off the modified loan.
- We may forbear or defer a portion of your unpaid principal balance. This is called principal forbearance. The amounts subject to this forbearance will not accrue interest for the remainder of the life of the loan. At the end of the loan term or at the time the loan is paid off through sale or refinancing, any remaining deferred amount becomes due.

Your permanent Modification Agreement may not contain all of these terms, or may contain different terms. The key terms of your permanent Modification Agreement will be designed to provide you with affordable monthly mortgage payments.

Q. **Could I end up with a balloon payment?**

Yes. If principal forbearance (see definition above) is required to achieve an affordable monthly mortgage payment, the principal forbearance amount would not be part of the interest-bearing, unpaid principal balance on your loan, but you would still be responsible for the balance. That amount would constitute a balloon payment that does not accrue interest and is not due until you pay off your loan, refinance or sell your home. In addition, if your loan term cannot be extended, but your payment is calculated over a longer term, there will be additional principal owed when you pay off your loan, refinance, or sell your home.

Q. **What happens if I am unable to make payments during the trial period?**

If you are unable to make each payment in the month in which it is due, you will not be eligible for a modification under the Home Affordable Modification Program. However, you may be eligible for other foreclosure-prevention options.

**Q. Is housing counseling required for a modification under the Home Affordable Modification Program?**
Borrowers whose payments are past due are strongly encouraged to contact a housing counselor approved by the U.S. Department of Housing and Urban Development (HUD) to help them understand all of their options and to create a workable budget plan. These services offered by HUD-approved housing counselors are free. Housing counseling is required for borrowers whose total monthly debts are very high in relation to their income (equal to or more than 55% of their gross monthly income). If counseling is required for you, a page entitled "Housing Counseling" will be included in this package. If this page is not included, counseling is not required.

**Q. How will a modification of my loan affect the Mortgage Insurance on my loan?**
Mortgage Insurance (MI) is typically required on loans for which the original loan amount is greater than 80% of the original value of the property. MI coverage protects lenders and investors against a financial loss when borrowers default.

If you did not already have MI on your loan before the modification, you will not be required to obtain it as a result of the modification. If you currently have MI, and the modified principal balance changes as a result of the modification, your MI premiums may change as well. Furthermore, the date that you may request cancellation of the MI may change. For loans on single-family primary residences, federal law allows you to request that MI be canceled on either:

- The date the principal balance on your loan is scheduled to reach 80% of the original value of the property, or
- The date the principal balance is reduced to 80% of the original value of the property based on actual payments.

MI cancellation may also occur at different times based on state law and investor guidelines, and whether your loan is secured by a two- to four-unit property. For more information about mortgage insurance, please call us at 1.800.669.6650.

**Q. What happens if I have optional Borrowers Protection Plan®?**
If you have an optional Borrowers Protection Plan with your mortgage, you complete this Trial Period Plan and receive a permanent modification, your Borrowers Protection Plan will remain on your modified loan if it has not otherwise been cancelled or terminated in accordance with its terms. If the Plan remains on your modified loan and you no longer wish to have the Plan, you may cancel at any time by calling 1.866.554.2676. If you notify us of your request to cancel your Borrowers Protection Plan within 60 days after the date your permanent modification becomes effective, you will receive a refund of any Borrowers Protection Plan fees you pay with respect to any period after that effective date.

**During the Trial Period, we will not collect your monthly Borrowers Protection Plan fee and you should not attempt to include it with your Trial Period Plan payment, as payments that exceed your Trial Period Plan payment may jeopardize your eligibility for a permanent loan modification.** You may receive a notification of cancellation of your Borrowers Protection Plan during or after your Trial Period as notices are automatically generated when the monthly Plan fee remains unpaid for 90 days after its due date. **If you receive a cancellation notice for fees unpaid for one or more of the months in the Trial Period, once your loan has been permanently modified, you must call us at 1.866.317.5116 within thirty (30) days of the effective date of loan modification if you wish to reinstate the Borrowers Protection Plan.** Your principal and interest payments must be current on your loan when you request reinstatement. If the Plan is reinstated, there will be no lapse in protection.

If your Borrowers Protection Plan remains in place on your modified loan or it has been reinstated, your monthly fee for the Plan and the amount of any benefits under the Plan will be adjusted according to your new modified loan payment amount. **If the Plan remains or is reinstated on your modified loan, the monthly Plan fee will be in addition to your new modified loan** payment. For details of your Plan, please refer to the Borrowers Protection Plan Addendum you received when you closed your loan or contact us at 1.866.317.5116.

If after reviewing your Plan you find that you have experienced a qualifying event that may be eligible for benefits under Borrowers Protection Plan, please contact us immediately by calling 1.866.317.5116. Your Customer Relationship Manager can discuss how this impacts your eligibility for loan modification.

**Q. What happens if I have other optional products or credit insurance?**
If, after your loan closed, you purchased an optional product such as accidental death insurance or Privacy Assist, where you agreed to have the cost for the optional product added to your mortgage payment, please contact us at 1.800.641.5298 to discuss the choices you may have.

If you have credit insurance, please contact us at 1.800.288.7647 to discuss your credit insurance plan.

**Q. Are there additional resources where I can find information about the Home Affordable Modification Program?**
Call the Homeowner's HOPE™ Hotline at **1.888.995.HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish. Or you may visit bankofamerica.com/mha or makinghomeaffordable.gov for more information.

**Q. What If I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**
Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 1.202.622.4559 (fax) or sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.

PKG 61/ C3_9419_2

## Frequently Asked Questions for Customers in Bankruptcy

**Q. Will I have to dismiss my bankruptcy case to participate in the Home Affordable Modification Program?**
No. You do not need to dismiss your bankruptcy case to participate in the Home Affordable Modification Program. Bank of America does not need relief from the automatic stay (which means we will not ask the Bankruptcy Court to allow us to pursue collection on your account or foreclosure) to work with you. However, the Bankruptcy Court may need to approve any final modification, and if you are in a Chapter 13 proceeding, your bankruptcy plan may need to be modified.

**Q. Why did you send this letter to my attorney? Do I need an attorney to participate in the Home Affordable Modification Program?**
While you do not need an attorney to participate in the Home Affordable Modification Program, Bankruptcy Court approval may be needed to obtain a final modification of your loan. If you are represented by an attorney in your bankruptcy case, Bank of America thus assumes you want your attorney to be involved in the modification process. If you do not want your attorney to receive information relating to your modification request, we ask that your attorney provide written permission for Bank of America to work with you directly.

**Q. Will you seek relief from the automatic stay, object to confirmation, or file a proof of claim in my bankruptcy case?**
The automatic stay stops all collection efforts while you establish a repayment or reorganization plan and obtain confirmation (approval) of your plan from the Bankruptcy Court. If a creditor objects to the confirmation of your plan, a proof of claim will be filed with the Bankruptcy Court that explains how much the creditor believes it is entitled to receive from you and why. However, we will not ordinarily request permission from the Bankruptcy Court to pursue collection while your modification is pending. If you are represented by an attorney in your bankruptcy case, please consult with your attorney for details about this process.

**Q. If I participate in the Home Affordable Modification Program and my bankruptcy case is later dismissed, is my modification still effective? What if I was in foreclosure before my bankruptcy?**
If your bankruptcy case is dismissed, as long as you continue to comply with the terms of the Trial Period Plan, we will not start foreclosure proceedings or conduct a foreclosure sale if foreclosure proceedings have started. If you do not meet the terms of the Trial Period Plan and/or are found to be ineligible for the Home Affordable Modification Program, we will work with you to see if there are other programs for which you may be eligible. If your loan is permanently modified and your bankruptcy case is later dismissed, the modification will still be honored.

*If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information purposes only and not an attempt to impose personal liability for the debt.*

## Results of the Evaluation

As part of the evaluation process, we reviewed your loan for programs for which you are eligible.

**What you are approved for**

You have been approved for the following program.

- **Home Affordable Modification Program**

Everything you need to know on how to accept the Trial Period Plan offer and what to expect next is explained in the cover letter and enclosures provided in this package.

**Programs you did not qualify for**

We determined that you do not meet the eligibility requirements for the following program(s).

You may request to be re-evaluated for the following program(s) if you believe our decision is incorrect. Below each reason is a list of required documents (if applicable) we need you to submit with your request if you wish to be re-evaluated. We have also provided instructions in this enclosure on how to request a re-evaluation.
Your loan is not eligible for the reason(s) stated below.

- **Fannie Mae Capitalization and Extension Modification Program:** Your loan is not eligible for the reason(s) stated below.

    - Your loan does not meet the delinquency requirements of this program.

    - Your loan is not a fixed-rate mortgage.

**Programs that are not available to you**

We evaluate your financial information against the list of assistance programs available to you in the order required by your investor. Once we determine that you qualify for a particular program, we offer it to you. Depending upon where the offered program is in that order, there may be other programs lower in the list that we are unable to offer you under investor requirements. We are required under applicable law to identify these programs for you.

- **Fannie Mae Streamlined Modification Program**

- **Fannie Mae Alt Mod 3.0 Program**

- **Fannie Mae Standard Modification Program**

- **Fannie Mae Modification 24 Program**

- **Short Sale programs** where you sell your house at market value and apply the proceeds towards the outstanding loan balance.

- **Deed in lieu of foreclosure programs** where you agree to transfer ownership of your home to us in partial or full satisfaction of the outstanding loan balance.

PKG 61/ C3_9419_2

Case 11-30214    Doc 72    Filed 05/07/14    Entered 05/07/14 10:48:32    Desc Main
Document      Page 11 of 17

## How to request a re-evaluation

If you believe our decision is incorrect, you have 30 calendar days from the date of this letter to contact us at 1.800.854.6885 and provide information to show why our determination of eligibility was in error.

Please fax any required documents to 1.800.658.9351. Address your fax cover sheet to the attention of **Bank of America Appeals Intake** and write your loan number on all pages submitted. Also, keep a copy of all documents you fax to us and proof of your fax submission for your records. Please note that all requests to re-evaluate the reason(s) for non-approval must be made within 30 calendar days. Any information or documentation we receive from you after this timeframe will not be reviewed.

## Additional assistance available to you

You can also seek assistance at no charge from U.S. Department of Housing and Urban Development-approved housing counselors by calling the HOPE Hotline Number (1.888.995.HOPE). Assistance in understanding this notice is available through the HOPE Hotline.

## Required Disclosures

Bank of America, N.A. is required by law to inform you that we are unable to fulfill your request for certain loan modification programs you were evaluated for and the Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.

Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information. If you have any questions regarding this notice, you should contact us at:

> Bank of America, N.A.
> 5401 N Beach St.
> Mail Stop: TX2-977-01-34
> Fort Worth, TX 76137

Our credit decision was based in whole or in part on information in a report from the consumer reporting agencies listed below. While the information was provided by these agencies, these agencies played no part in our decision and are unable to supply specific reasons for our decision. You have a right under the Fair Credit Reporting Act to obtain a copy of your credit report from the agencies below. The report will be free if you request it within 60 days after you receive this notice. You also have the right to dispute with the agencies below the accuracy or completeness of any information in your report.

| Equifax Credit Information Services (EFX) | Trans Union Corporation (TUC) | Experian (XPN) |
|---|---|---|
| P.O. Box 740241, Atlanta, GA 30374 | P.O. Box 1000, Chester, PA 19022 | P.O. Box 2002, Allen, TX 75013 |
| Phone: 1.800.685.1111 | Phone: 1.800.888.4213 | Phone: 1.888.397.3742 |
| (for credit report orders) | (for credit report orders) | (for credit report orders) |
| Phone: 1.800.685.5000 (for disputes) | Phone: 1.800.916.8800 (for disputes) | |

PKG 61/ C3_9419_2

## Additional Trial Period Plan Information and Legal Notices

The terms of this offer are accepted and the terms of your Trial Period Plan are effective on the day you make your first trial period payment, provided we receive it on or before the last calendar day of the month in which it is due. You and we agree that:

If your loan was previously referred to foreclosure we have made a request to the court or the foreclosure trustee to halt the foreclosure sale. In addition, if you accept participation in the program by making your first Trial Period Plan payment, we will make a request to the court or the foreclosure trustee to halt the foreclosure process as long as you make your required Trial Period Plan payments on time. If you do not comply with the terms of the Trial Period Plan and do not work with us to find other foreclosure prevention alternatives for which you may qualify, your loan will be serviced according to its original terms, which could include foreclosure, subject to applicable law.

If you do not comply with the terms of the Trial Period Plan, you will be sent a notice that your loan does not qualify. In most cases, you will have 30 days to review the reason your loan was not eligible and contact us to discuss any concerns or other foreclosure prevention alternatives that may be available to you. During this 30-day period (or any longer period required for us to review supplemental material you may provide in response to the non-approval notice), your loan may be referred to foreclosure or we may continue with pending foreclosure action, subject to applicable law. However, we will make a request to the court or your foreclosure trustee that no foreclosure sale will be conducted during the review period.

Do not ignore any foreclosure notices. Even if you are participating in a Trial Period Plan, to protect your rights under applicable foreclosure law, you may need to respond to foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your loan, contact us at 1.800.669.6650.

**During the trial period, we may accept and post your Trial Period Plan payments to your account and it will not affect foreclosure proceedings that have already been started.**

- The servicer's acceptance and posting of your new payment during the Trial Period Plan will not be deemed a waiver of the acceleration of your loan or foreclosure action and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.
- You agree that Bank of America, N.A will hold each of your Trial Period Plan payments that you make in a non-interest bearing account. Once there are enough funds in that account to make your full mortgage payment, we will apply the funds to your loan account to make that payment. At the end of your trial period, there could be funds left in that account because there is not enough to make a full mortgage payment. If so, we will apply those funds towards your unpaid principal balance at the time your loan is permanently modified.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the Trial Period Plan payments instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

PKG 61/ C3_9419_2

# Home Affordable Modification Program
# Government Monitoring Data Form

**Information for Government Monitoring Purposes**
The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | | | CO-BORROWER | | |
|---|---|---|---|---|---|
| ☐ I do not wish to furnish this information | | | ☐ I do not wish to furnish this information | | |
| *Ethnicity:* | ☐ | Hispanic or Latino | *Ethnicity:* | ☐ | Hispanic or Latino |
| | ☐ | Not Hispanic or Latino | | ☐ | Not Hispanic or Latino |
| *Race:* | ☐ | American Indian or Alaska Native | *Race:* | ☐ | American Indian or Alaska Native |
| | ☐ | Asian | | ☐ | Asian |
| | ☐ | Black or African American Native Hawaiian or Other Pacific Islander | | ☐ | Black or African American Native Hawaiian or Other Pacific Islander |
| | ☐ | White | | ☐ | White |
| *Sex:* | ☐ | Female | *Sex:* | ☐ | Female |
| | ☐ | Male | | ☐ | Male |

| To be Completed by Servicer | | Name/Address of Interviewer's Employer |
|---|---|---|
| This request was taken by:<br>☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Servicer/Interviewer's Name *(print or type)* & ID Number | |
| | Servicer/Interviewer's Signature | |
| | Servicer/Interviewer's Phone Number(include area code) | |
| Loan Number: 150593805 | Servicer/Interviewer's Fax Number(include area code) | Servicer/Interviewer's email address |

Please mail this form to:
Bank of America, N.A.
11802 Ridge Parkway, Ste 100 HRM
Home Retention
Broomfield, CO 80021


Case 11-30214   Doc 72   Filed 05/07/14   Entered 05/07/14 10:48:32   Desc Main Document   Page 14 of 17

## Trial Period Mortgage Payment Coupons

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information purposes only and not an attempt to impose personal liability for the debt.

Your trial period mortgage payments are due in the amounts and by the dates listed on the cover page and these coupons. The amount of $565.02 will be due no later than 06/01/2014, 07/01/2014, 08/01/2014, 09/01/2014, and 10/01/2014. Please note that these payments should be sent instead of -- not in addition to -- your regular monthly mortgage payment. You should also continue making payments in the amount of $565.02 until you receive confirmation from us in writing regarding your permanent modification.

---

*Please detach and include with your second month's trial period modified mortgage payment:*

William Robbins
565 Mcdonald Dr
Wetumpka, AL 36092

**Loan Number: 150593805**

I have enclosed my trial period mortgage payment of $565.02.

*Send your payment to:*

*Bank of America, N.A.*
*Payment Processing*
*P.O. Box 660833*
*Dallas, TX 75266-0833*

Bank of America Home Loans

---

*Please detach and include with your first month's trial period modified mortgage payment (If you have already made your first month's trial period payment please disregard this coupon.):*

William Robbins
565 Mcdonald Dr
Wetumpka, AL 36092

**Loan Number: 150593805**

I have enclosed my trial period mortgage payment of $565.02.

*Send your payment to:*

*Bank of America, N.A.*
*Payment Processing*
*P.O. Box 660833*
*Dallas, TX 75266-0833*

Bank of America Home Loans

*Please detach and include with your fourth month's trial period modified mortgage payment:*

William Robbins
565 Mcdonald Dr
Wetumpka, AL 36092

**Loan Number: 150593805**
I have enclosed my trial period mortgage payment of $565.02.

*Send your payment to:*

*Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833*

Bank of America Home Loans

---

*Please detach and include with your third month's trial period modified mortgage payment:*

William Robbins
565 Mcdonald Dr
Wetumpka, AL 36092

**Loan Number: 150593805**
I have enclosed my trial period mortgage payment of $565.02.

*Send your payment to:*

*Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833*

Bank of America Home Loans

Please detach and include with your fifth month's trial period modified mortgage payment:

William Robbins
565 Mcdonald Dr
Wetumpka, AL 36092

Loan Number: 150593805

I have enclosed my trial period mortgage payment of $565.02.

Send your payment to:

Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833

Bank of America Home Loans